**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DALLAS BESSANT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 4:13cv306 |
| | § | Judge Clark/Judge Mazzant |
| WELLS FARGO BANK, NATIONAL | § | |
| ASSOCIATION, TRUSTEE FOR THE | § | |
| CERTIFICATEHOLDERS OF FIRST | § | |
| FRANKLIN MORTGAGE LOAN TRUST | § | |
| 2004-FF4. MORTGAGE | § | |
| PASSTHROUGH CERTIFICATES | § | |
| SERIES 2004-FF4, and NATIONAL | § | |
| DEFAULT EXCHANGE, LP NKA | § | |
| AMERICAN PROCESSING COMPANY | § | |
| LLC A DOLAN MEDIA COMPANY | § | |
| SUBSIDARY BARRETT BURKE | § | |
| WILSON CASTLE DAFFIN & | § | |
| FRAPPIER, L.L.P., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 19, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss [Doc. #11] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

1

of the court.

It is, therefore, **ORDERED** that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss [Doc. #11] ] is **DENIED.**

So **ORDERED** and **SIGNED** on September 12, 2013.

_____
Ron Clark, United States District Judge